# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRYANT OTTER, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01689-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT-MATTER JURISDICTION OVER FEDERAL LAW CLAIMS** |

Concurrently with this Order, the Court issues an order ("concurrent order") dismissing Plaintiff Scott Johnson's Americans with Disabilities Act ("ADA") claim against Defendant Thomas Roper for lack of subject-matter jurisdiction because the claim is moot. ECF 35. But the Court exercised supplemental jurisdiction over Plaintiff's state law claim against Roper. On May 2, 2018, the Clerk of the Court entered default against the only other defendant, Bryant Otter. ECF 10. Plaintiff is hereby ORDERED TO SHOW CAUSE why his ADA claim against Otter should not be dismissed as moot, and in turn why the Court should not decline to exercise supplemental jurisdiction over the remaining state law claims, in light of the concurrent order and the case law cited therein. Plaintiff's response is due **on or before February 18, 2019**.

**IT IS SO ORDERED.**

Dated: February 5, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge